# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWENA O'CONNOR,<br><br>                           Plaintiff,<br><br>v.<br><br>THE ANTHEM COMPANIES; THE ANTHEM COMPANIES OF CALIFORNIA, INC., and DOES 1 - 50 inclusive,<br><br>                         Defendants. | Case No.: 20-CV-02444 W (JLB)<br><br>**ORDER VACATING HEARING AND DISMISSING CASE FOR FAILURE TO PROSECUTE, CIV.LR 41.1** |

Plaintiff Rowena O'Connor filed this action in the Superior Court of the State of California, County of San Diego on November 13, 2020, Case No. 37-2020- 00041674-CU-OE-CTL (the "State Court Action").

Anthem removed the matter to federal court on December 15, 2020.  The following day, the parties agreed to enter into a stipulation for binding arbitration pursuant to Anthem's binding Arbitration Policy.  The parties submitted a Joint Motion for Binding Arbitration on December 28, 2020 [Doc. 7] and the Court granted the stipulation on January 4, 2021 [Doc. 8].

On January 5, 2023, the Court ordered the parties to provide a status update on the arbitration or any settlement negotiations regarding this matter by no later than January 19, 2023 [Doc. 10].  Anthem filed its status update on January 19, 2023 ("Status Report") [Doc. 11].  The Status Report requested that the Court exercise its discretion to involuntarily dismiss this matter under Local Civil Rule 41.1(a) and Rule 41.1(b) because it had been over two years since the Court granted the parties' Joint Motion for Binding Arbitration on January 4, 2021and Plaintiff still had not initiated arbitration or provided Anthem with written notice of her claims.  (*Status Report* at 1.)  Anthem also represented that its last correspondence with Plaintiff was on January 2, 2021.  (*Id.*; *see Exhibit 1 to Status Report*.)  Plaintiff did not comply with the Court's order to provide a status update.

On April 6, 2023, the Court issued an order requiring Plaintiff to file a brief by Thursday, April 20, 2023 explaining why the case should not be dismissed and to appear on May 1, 2023 at 10:30 a.m. to show cause why this case should not be dismissed [Doc. 12].  Plaintiff failed to respond by April 20, 2023.  Accordingly, the hearing set for **May 1, 2023 at 10:30 a.m.** is **VACATED** and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Civil Rule 41.1.

**IT IS SO ORDERED**

Dated:  April 24, 2023

Hon. Thomas J. Whelan
United States District Judge